```
                    UNITED STATES DISTRICT COURT

               FOR THE SOUTHERN DISTRICT OF CALIFORNIA


 UNITED STATES OF AMERICA,           )
                                     )
       Plaintiff,                    )  No.  14-CR-0471-WQH
                                     )
            v.                       )  October 17, 2014
                                     )
 SHANE TRAVIS MASSA,                 )  2:00 p.m.
                                     )
       Defendant.                    )  San Diego, California
 _____ )


              TRANSCRIPT OF RESTITUTION HEARING
            BEFORE THE HONORABLE WILLIAM Q. HAYES
                 UNITED STATES DISTRICT JUDGE

 APPEARANCES:

 For the Plaintiff:       United States Attorney's Office
                          By:  ALESSANDRA SERANO, ESQ.
                          880 Front Street, Room 6293
                          San Diego, California  92101

 For the Defendant:       Federal Defenders of San Diego, Inc.
                          By:  MICHELLE BETANCOURT, ESQ.
                          225 Broadway, 9th floor
                          San Diego, California 92101





 Court Reporter:          Melinda S. Setterman, RPR, CRR
                          District Court Clerk's Office
                          333 West Broadway, Suite 420
                          San Diego, California, 92101
                          melinda_setterman@casd.uscourts.gov

 Reported by Stenotype, Transcribed by Computer
```

```
 1          SAN DIEGO, CALIFORNIA, OCTOBER 17, 2014, 2:00 P.M.
 2                              * * * *
 3          THE CLERK:  Number four, case 14-CR-471, United States
 4  of America vs Shane Travis Massa, on for status hearing.
 5          MS. SERANO:  Good afternoon, Your Honor.  Alessandra
 6  Serano on behalf of the United States.
 7          THE COURT:  Good afternoon.
 8          MS. BETANCOURT:  Good afternoon, Michelle Betancourt
 9  on behalf of Mr. Massa, who is present in court in custody.
10          THE COURT:  Good afternoon.
11          I reviewed the papers that the parties have filed.
12          And, Ms. Betancourt, is it fair to say that you are
13  not requesting an evidentiary hearing?
14          MS. BETANCOURT:  That's correct, Your Honor.  I am
15  not.
16          THE COURT:  All right.  Is there anything -- and with
17  respect to the Government papers, is it fair to say -- I don't
18  think this is written in the papers; you may have mentioned it
19  the last time you were here, and Ms. Betancourt refers to it --
20  are you seeking 5,000 for each of the four victims?
21          MS. SERANO:  Yes, sir.  I believe that is in my
22  initial pleading, Document Number 35.
23          MS. BETANCOURT:  You didn't specify.
24          MS. SERANO:  Oh, I didn't -- Ms. Betancourt refreshes
25  my memory.  I did say 5,000 at the last hearing.
```

```
 1              THE COURT:  I don't think that I -- you didn't say
 2   anything in Document 35 is why I brought it up, and my is
 3   understanding you orally responded at some point in the hearing
 4   that it would be 5,000 per victim, and Ms. Betancourt
 5   referenced that you said 5,000, but I didn't see it in a
 6   written pleading and --
 7              MS. SERANO:  That's correct, and my apologies.
 8              THE COURT:  That's all right.  Anything that you would
 9   like to add to your papers, Ms. Betancourt?
10              MS. BETANCOURT:  No, Your Honor.  The only thing I
11   would like to add is -- I guess the answer is yes, Your Honor.
12   I apologize.  I used a deviser of 1,000, and I came up with
13   that number because there are a number of restitution claims --
14   or restitution orders that have already been submitted for each
15   of the claimants.
16              And then as Paroline indicates that the Court is to
17   consider -- another factor to consider is any future defendants
18   that are to come, so I used that number.  The Court can
19   obviously choose to use any deviser or not use a deviser and
20   figure out the calculation another way.
21              Another number that can be used is a number that I
22   tried to figure out myself but I couldn't but is accessible to
23   the Government through the Department of Justice as to how many
24   restitution orders have been ordered for each of the -- of the
25   claimants or the victims here.  That is a number I couldn't
```

```
      1   figure out to suggest otherwise to the Court to use as
      2   potential deviser as to each of the claimants.
      3           I don't know if that is something that the Court would
      4   want to inquire from the Government.  That seems to be
02:04 5   something that can be used, and that would be from the
      6   Department of Child -- Department of Justice, Child and
      7   Exploitation Obscenity Section.  They seem to keep numbers of
      8   how many outstanding restitution orders have been ordered as to
      9   each victim.
02:04 10          That is just the information that is not in our
      11  papers, and I tried to figure out how I can get that number.
      12  In just look at other cases that has been referenced, for
      13  example, for another victim that is not named in our case,
      14  Vickie, but I didn't know if that is something that the Court
02:05 15  wanted to inquire of the Government potentially that would
      16  influence the deviser used.
      17          THE COURT:  Ms. Serano.
      18          MS. SERANO:  Your Honor, the Child Exploitation and
      19  Obscenity Section keeps track based on self-reporting by AUSAs,
02:05 20  so for example, if Your Honor orders restitution here today,
      21  then I will self-report to the Child Exploitation Obscenity
      22  Section the name of the case, the charge the defendant pled to,
      23  and the amount of restitution.
      24          So they do track it, but again, it is based on
02:05 25  self-reporting, so it would not necessarily be inclusive.  It
```

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | would also not include any state court judgments.  Because if   |
|       | 2  | there is any state court judge that has ordered restitution,    |
|       | 3  | that would not be tracked by the US Department of Justice.      |
|       | 4  | So, yes, there is a -- there is information, but it             |
| 02:06 | 5  | wouldn't necessarily be 100 percent accurate.                   |
|       | 6  | THE COURT:  All right.  I think I have seen it in               |
|       | 7  | another case, I may have seen it in a case this morning, where  |
|       | 8  | I've seen the references to the amount of restitution orders.  |
|       | 9  | I understand that it may -- it is only going to include those   |
| 02:06 | 10 | that were self-reported.  It is not going to include state and  |
|       | 11 | may not include others, but to the extent that the Government   |
|       | 12 | can submit that information with respect to the four people     |
|       | 13 | that are seeking restitution, it might be helpful.              |
|       | 14 | And so can you -- can you call them and ask them what           |
| 02:06 | 15 | the number is?                                                  |
|       | 16 | MS. SERANO:  It is something that I can go on line and          |
|       | 17 | figure out from the computer.                                   |
|       | 18 | THE COURT:  Can you figure out --                               |
|       | 19 | MS. SERANO:  It would only be valid and accurate as of          |
| 02:06 | 20 | today.                                                          |
|       | 21 | THE COURT:  I understand.  And to the extent that the           |
|       | 22 | record has more -- as much information as theoretically that it |
|       | 23 | can have and to the extent that you can provide that            |
|       | 24 | information, just put it in a pleading and file it in a week.   |
| 02:07 | 25 | Does that work?                                                 |

|  |  |
|---|---|
|  | 1    MS. SERANO: That's fine. |
|  | 2    THE COURT: Okay. Anything else? |
|  | 3    MS. BETANCOURT: No, Your Honor. I think in -- again, |
|  | 4  I apologize. I tried to explain in my motion to shorten |
| 02:07 | 5  time -- I do apologize for my late briefing. I think the Court |
|  | 6  probably wanted to have this resolved today, and so I do -- I |
|  | 7  apologize for that. |
|  | 8    I think I outlined my requests to the Court and how |
|  | 9  the total losses should be reduced to adequately cover what the |
| 02:07 | 10 losses are from the continuing traffic of the images and not |
|  | 11 the initial abuse that was suffered by each of the victims that |
|  | 12 we do not dispute whatsoever, and we're not requesting an |
|  | 13 evidentiary hearing, but a lot of that predates Mr. Massa and |
|  | 14 is not necessarily as a result of the continuing traffic of the |
| 02:07 | 15 images. |
|  | 16    THE COURT: Is there anything you wish to add, |
|  | 17 Ms. Serano, on the restitution issue? |
|  | 18    MS. SERANO: I don't think that just because an amount |
|  | 19 of restitution has been ordered is necessarily -- it might be |
| 02:08 | 20 interesting, it might be remotely helpful, just generally to |
|  | 21 the Court, but it doesn't reflect the amount that was actually |
|  | 22 collected. If we were looking at this as a finite number -- |
|  | 23 and I'll admit that these types -- this type of offense dealing |
|  | 24 with restitution it is a number that is constantly changing |
| 02:08 | 25 because it is not like an oil spill or something where it is |

1  just a one-time event and people are harmed.  It is constantly
2  evolving.
3         I don't know the amount that has actually been
4  collected, and I don't know how helpful or relevant the amount
5  of the orders will be helpful.  I mean, for example, if one of
6  the victims has a half million dollars in restitution ordered,
7  that should have no bearing because it hasn't been collected
8  necessarily.
9         I am happy to provide the information to the Court
10 within a week.  It is not a problem.  I can even do it close of
11 business Monday.  This will take me about five minutes to do
12 based on the information that is available now.
13        THE COURT:  All right.  Well, just submit the
14 information.  I understand -- do you want to make any comments
15 in response to Ms. Betancourt's pleading or what her views are
16 as to what the restitution should be?
17        As I understand it, the Government's position is 5,000
18 with respect to the four victims; is that correct?
19        MS. SERANO:  Yes, sir.
20        THE COURT:  Is there anything you would like to add in
21 response to Ms. Betancourt's arguments or any other arguments
22 that you would like to emphasize?
23        MS. SERANO:  The only comment is the case that is
24 cited by Ms. Betancourt, it predates Paroline, the Sixth
25 Circuit case predates Paroline.  I think the Sixth Circuit

```
         1   tried to do a decent job in figuring out what the restitution
         2   is before the Supreme Court, but I think we can all agree that
         3   the guidance by the Supreme Court is not extremely helpful as
         4   far as narrowing down the value.
02:09    5           So with that I'll be happy to submit the document --
         6   the information.
         7           THE COURT:  All right.  Anything final?
         8           MS. BETANCOURT:  Just final, Your Honor, I think at
         9   the last hearing the Court had questioned me as to what the
02:10   10   value of the actual amounts of restitution are, and I did in my
        11   breakdown indicate that I -- you know, some of these -- some of
        12   my adjusted losses did not account for restitution that had
        13   been collected.
        14           But my request for the Court to consider the number of
02:10   15   restitution orders that have been submitted, it is not so much
        16   for how much has been collected by each of the victims but that
        17   the Court can see that there are other defendants who have been
        18   found to actually possessed that image and then thus ordered to
        19   pay restitution because they possessed that image, so the Court
02:10   20   can have at least a sense of how many other defendants are
        21   jointly and severally liable, just like Mr. Massa is for the
        22   losses to these victims.
        23           THE COURT:  All right.  Thank you.  I don't have a
        24   sentencing date set in this case; is that correct?
02:10   25           MS. BETANCOURT:  That's correct.
```

```
 1            THE COURT:  So how about December 1st?
 2            MS. SERANO:  Your Honor, I start a trial that day
 3   before Judge Bencivengo.  It is absolutely going to go, and it
 4   is going to take two weeks.  Is it possible to do it sometime
 5   this month or next month?
 6            THE COURT:  Why don't we try --
 7            MS. SERANO:  Can we do it next Friday?  Is that
 8   possible?
 9            THE COURT:  No, because I need to resolve the
10   restitution issue, and I am going to do it by way of written
11   order.
12            MS. SERANO:  Okay.
13            THE COURT:  What about November 21st, Friday,
14   November 21st?
15            MS. SERANO:  That's fine, Your Honor.
16            MS. BETANCOURT:  That's fine, Your Honor.
17            THE COURT:  All right.  I have a trial that week.
18   I'll try to do it on November 21st at 9:00, and then if
19   something comes up, maybe I can move it to earlier in the day
20   to get it done, or do the sentencing at noontime or something.
21   So we'll try to get it done on Friday, November 21, at this
22   point we'll say the time is 9:00.
23            MS. BETANCOURT:  At 9:00.
24            THE COURT:  And then have you each filed --
25   Ms. Betancourt, have you filed all of your sentencing
```

|  |  |
|---|---|
| 1 | memorandum? |
| 2 | MS. BETANCOURT: Yes, Your Honor. There is just one |
| 3 | report that I am going to be filing under seal that I realized |
| 4 | was not, the mental health evaluation that was done for |
| 5 | Mr. Massa, but my sentencing memorandum was filed in |
| 6 | preparation for the previous hearing. |
| 7 | THE COURT: All right. So November 21st -- by the |
| 8 | time you show up on the 21st I will have issued an order on the |
| 9 | restitution. Ms. Serano is going to file that updated |
| 10 | information on the amount of restitution, and then we should be |
| 11 | ready to go on the 21st. |
| 12 | MS. SERANO: Just so we're clear, I am to provide the |
| 13 | Court in a pleading the number or the amount -- the total |
| 14 | amount of restitution that has been ordered or the number of |
| 15 | defendants for each of these victims? |
| 16 | THE COURT: Is both of the information kept? What |
| 17 | information is kept? |
| 18 | MS. SERANO: As I said before, it is a self-reporting |
| 19 | list from AUSAs across the country of the case name, the case |
| 20 | number, the district, what the defendant pled to or was found |
| 21 | guilty of, and the amount of restitution per victim. |
| 22 | So I am happy to provide the number of victims -- or |
| 23 | the number of defendants and the total amount of restitution |
| 24 | that has been ordered, but again this would not be inclusive of |
| 25 | any state court judgments or any other judgment. |

```
02:13   1              THE COURT:  I understand that your office has provided
        2   me that same information in at least one other case, so why
        3   don't you provide that same information.
        4              MS. SERANO:  Sure.
        5              THE COURT:  Thank you.
        6              MS. SERANO:  Thank you, Your Honor.
        7              When do you want that by?  I can do it next week.
        8              THE COURT:  If you want to take to the end of -- a
        9   week from today --
02:13  10              MS. SERANO:  Okay.
       11              THE COURT:  -- whatever date that would be, the 24th.
       12          (Proceedings concluded at 2:13 p.m.)
       13                              ---000---
       14                     C-E-R-T-I-F-I-C-A-T-I-O-N
       15          I hereby certify that I am a duly appointed, qualified
            and acting official Court Reporter for the United States
       16   District Court; that the foregoing is a true and correct
            transcript of the proceedings had in the aforementioned cause;
       17   that said transcript is a true and correct transcription of my
            stenographic notes; and that the format used herein complies
       18   with the rules and requirements of the United States Judicial
            Conference.
       19          DATED:  January 18, 2015, at San Diego, California.
       20
                                         /s/ Melinda S. Setterman
       21                                _____
                                         Melinda S. Setterman,
       22                                Registered Professional Reporter
                                         Certified Realtime Reporter
       23
       24
       25
```